**In re: Robert STURMAN, Petitioner.**

No. 14–3196.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Sept. 5, 2014.

Opinion Filed: Oct. 3, 2014.

Robert Sturman, Lewisburg, PA, pro se.

Before: RENDELL, FISHER and GREENAWAY, JR., Circuit Judges.

## OPINION

PER CURIAM.

Pro se litigant Robert Sturman has filed a petition for a writ of mandamus, requesting that we compel the District Court to act on his pending motion filed pursuant to 28 U.S.C. § 2255. For the reasons set forth below, we will deny the petition.

In June 2013, Sturman filed a § 2255 motion challenging his convictions for interstate transportation of stolen property, mail fraud, and wire fraud. The Government filed its response, and after a permitted extension, Sturman filed his reply on December 30, 2013. He subsequently filed two amendments to that document: one in January 2014 and one in March 2014. On July 8, he filed a petition for a writ of mandamus in this Court alleging extraordinary delay in the adjudication of his motion below.

Mandamus is a drastic remedy that is available only in extraordinary situations. *See Kerr v. U.S. Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976). The manner in which a court manages its docket is discretionary, *see In re Fine Paper Antitrust Litig.,* 685 F.2d 810, 817 (3d Cir.1982), but nonetheless, "an appellate court may issue a writ of mandamus on the ground that undue delay is tantamount to a failure to exercise jurisdiction." *Madden v. Myers,* 102 F.3d 74, 79 (3d Cir.1996). We find no failure to exercise jurisdiction in this case. Although an eight-month delay is not insignificant and does raise some concern, *see id.,* we do not believe that it is so lengthy as to justify our intervention at this time. We are confident that the District Court will rule on the § 2255 motion without undue delay. Accordingly, the petition is denied. This denial is without prejudice to Sturman's filing a new petition for a writ of mandamus, should the District Court fail to act on his § 2255 motion within a reasonable time.